# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 14-0036 |
| v. | : | **WAIVER OF INDICTMENT** |
| LEONARD STEFANELLI | : | |

I, LEONARD STEFANELLI, the above-named defendant, who is charged with knowingly and intentionally distributing and possessing with intent to distribute oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and having been advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on __1/24__, 2014, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant Leonard Stefanelli

_____
Carlos Ortiz, Esq.
Counsel for Defendant

Before: _____
HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge